UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

YANN IANNUCCI,

    Plaintiff,                                    Case No. 16-cv-10255
                                                      Hon. Matthew F. Leitman
v.

STATE OF MICHIGAN, et al.,

    Defendants.
_____/

## ORDER DIRECTING PLAINTIFF TO PROVIDE
## ADDRESS FOR DEFENDANT ZENELL B. BROWN

On January 26, 2016, Plaintiff Yann Iannucci ("Iannucci") filed his Complaint (ECF #1) along with an Application to Proceed Without Prepaying Costs or Fees (the "Application") (ECF #2) and Request for Service by the United States Marshal of the Initiating Document (the "Request for Service") (ECF #3). On February 2, 2016, the Court granted Iannucci's Application and Request for Service. (*See* ECF #6.)

In Iannucci's Complaint, he listed Zenell B. Brown ("Brown") as a defendant in this action. (*See* Compl., ECF #1, Pg. ID 2.) However, Iannucci failed to provide an address for Brown, which is necessary for proper service to be effectuated.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff shall provide the correct address for Defendant Zenell B. Brown by **February 26, 2016**.

**IT IS SO ORDERED.**

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: February 4, 2016

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 4, 2016, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(313) 234-5113